## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ALYCIA JOHNS,<br>                    **Plaintiff,**<br><br>           v.<br><br>NELNET,<br>FIRST PREMIER BANK,<br>LVNV FUNDING,<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>TRANSUNION, LLC and<br>RESURGENT CAPITAL SERVICES LP,<br>                    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-4791** |

## O R D E R

**AND NOW**, this 31st day of March, 2026, upon consideration of Motions for Summary Judgment by Defendant Nelnet Servicing, LLC ("Nelnet") (ECF No. 129), Equifax Information Services, LLC ("Equifax") (ECF No. 131), LVNV Funding ("LVNV") and Resurgent Capital Services LP ("Resurgent") (ECF No. 134), First Premier Bank ("First Premier") (ECF No. 136), and TransUnion, LLC ("TransUnion") (ECF No. 140), and the oppositions to these motions, replies in support of these motions, and supplemental briefing; Motions for Partial Summary Judgment by Plaintiff against Equifax (ECF No. 135), TransUnion (ECF No. 137), and Nelnet (ECF No. 139), and the oppositions to these motions, replies in support of these motions, sur-replies to these motions, and supplemental briefing; and Motions to Exclude Plaintiff's Expert, Douglas Hollon, filed by Defendants Nelnet (ECF No. 130), Equifax and TransUnion (ECF No. 133), LVNV and Resurgent (ECF No. 138), and First Premier (ECF No. 142), the oppositions to these motions, and replies in support of these motions; it is hereby **ORDERED** as follows:

1. The Motions to Exclude Douglas Hollon are **GRANTED**. Testimony and opinions of Douglas Hollon are hereby excluded from trial.

2. Defendant Nelnet's Summary Judgment Motion is **GRANTED**.

3. Plaintiff's Motions for Partial Summary Judgment are **DENIED**.

4. Defendants Equifax, TransUnion, LVNV, Resurgent, and First Premier's Summary Judgment Motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Summary judgment is **GRANTED** on the § 1681c-2 claim in favor of Equifax and TransUnion.

   b. Summary judgment is **GRANTED** on the § 1681e(b) claim in favor of Equifax.

   c. Summary judgment is **GRANTED** on the § 1681n claim in favor of TransUnion, Equifax, and First Premier.

   d. Summary judgment is **GRANTED** on the § 1692f claim in favor of LVNV and Resurgent.

   e. Summary judgment is **DENIED** on the § 1681o claim as to TransUnion (related to § 1681e(b) and § 1681i) and Equifax (related to § 1681i), First Premier, LVNV, and Resurgent.

   f. Summary judgment is **DENIED** on the § 1681n claim as to LVNV and Resurgent.

   g. Summary judgment is **DENIED** on the § 1692e claims.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

2