UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYCIA JOHNS, <br><br> Plaintiff, <br><br> vs. <br><br> NELNET; SANTANDER CONSUMER USA; FIRST PREMIER BANK; LVNV FUNDING; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANSUNION, LLC; RESURGENT CAPITAL SERVICES LP, <br><br> Defendants. | ) Case No.: 2:22-cv-04791-KBH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT FOR RECONSIDERATION REPLY

Plaintiff, Alycia Johns ("Plaintiff"), hereby submit this Motion for Leave to Exceed Page Limits for the Motion to Reconsider Summary Judgment Reply filed by Plaintiff by five (5) pages, to 15 pages, pursuant to the Court's Judicial Policies and Procedures, III.D. Specifically, Plaintiff is seeking the 5 page extension for the reply in response to Defendant First Premier Bank's Opposition. [ECF 232].

Plaintiff need not repeat to the Court the extensive record of the case. Eight summary judgment motions, four *Daubert* motions, and the accompanying replies, led to a 70-page opinion by the Court. [ECF 222]. Plaintiff thereafter filed a single motion for reconsideration of the opinion with regards to all the Defendants on issues ranging from factual matters, legal matters, and the exclusion of the expert. Four of the Defendants submitted oppositions. However, the longest opposition is First Premier's. This opposition also presents new arguments neither seen on summary judgment, in the Court's opinion, or Plaintiff's underlying motion for

reconsideration. Therefore, to appropriately address all the issues raised in opposition, good cause exists to grant this request to exceed the page limit for opposition.

Plaintiff reached out to counsel for First Premier regarding this matter, but as of the time of this filing, has not heard back.

/s/ Nicholas Linker
Nicholas Linker, Esq.
Counsel for Plaintiff
ALYCIA JOHNS

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of May, 2026 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF system.

/s/ Nicholas Linker
Nicholas Linker, Esq.