

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NJ 07514
PHONE:   (862) 227-3106
FAX:     (862) 204-5901
DZ@ZEMELLAWLLC.COM


May 20, 2026

**VIA Email:**

Honorable Kelley B. Hodge, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

> **RE:**       **Johns v. TransUnion, LLC et al.**
> **Docket No.**   **2:22-cv-4791**
> **Request for Extension of Deadline to File Reply in Support of the Motion for Reconsideration**

Dear Judge Hodge,

My firm represents Plaintiff, Alycia Johns, in the above matter. I write to respectfully request an extension of time to file two of Plaintiff's replies in further support of her motion for reconsideration. [ECF 225].

Plaintiff's motion was filed on April 30, 2026. On May 14, 2026, four of the Defendants in this case (Equifax, TransUnion, Nelnet, and First Premier) filed oppositions. [ECF 229-231]. Due to the voluminous number of replies necessary, Plaintiff respectfully requests a 7-day extension of time, from May 21, 2026 to May 28, 2026, to file the replies to Nelnet and First Premier's oppositions.

Notably, this request is not made for the purpose of delay. Plaintiff is diligently working on the matter, and intends to timely file replies for Equifax and TransUnion on May 21, 2026. But more time is required to adequately address these papers. Of further note, the extension includes two holidays: a religious holiday on May 22d and Memorial Day on May 25, 2026.

Plaintiff has consulted with counsel for both Nelnet and First Premier, who both consented to the extension. For these reasons, Plaintiff respectfully request a one week extension of the deadline for filing replies to First Premier and Nelnet. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC