IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYCIA JOHNS,<br>　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>NELNET,<br>FIRST PREMIER BANK,<br>LVNV FUNDING,<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>TRANSUNION, LLC and<br>RESURGENT CAPITAL SERVICES LP,<br>　　　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  22-4791 |

**O R D E R**

**AND NOW**, this 26th day of May, 2026, upon consideration of the letter/request[1] of plaintiff's counsel for an extension of time to file replies to the pending motions, **IT IS ORDERED** that the request of plaintiff's counsel is **GRANTED**.  The time for plaintiff to file replies to the pending motions is **EXTENDED** until **June 2, 2026**.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**

---

[1] A copy of the letter/request from plaintiff's counsel dated May 20, 2026, shall be docketed by the Deputy Clerk,