IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYCIA JOHNS,<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>NELNET,<br>FIRST PREMIER BANK,<br>LVNV FUNDING,<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>TRANSUNION, LLC and<br>RESURGENT CAPITAL SERVICES LP,<br>　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  22-4791 |

## O R D E R

**AND NOW**, this 27th day of May, 2026, upon consideration of Plaintiff's Motion to Exceed the Page Limits (ECF No. 235), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff is given leave to increase the page limit for her reply in support of her Motion for Reconsideration and in response to First Premier Bank's Opposition by five (5) pages, not to exceed fifteen (15) pages.[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge

HODGE, KELLEY B., J.

---

[1] No further extensions of deadlines or page limits for the Plaintiff will be granted in connection with the Motion for Reconsideration.