**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALYCIA JOHNS, | |
|      Plaintiff, | |
|   v. | |
| NELNET SERVICING, LLC; SANTANDER CONSUMER USA; FIRST PREMIER BANK; RESURGENT CAPITAL SERVICES; LVNV FUNDING; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; and TRANSUNION, LLC, | Case 2:22-cv-04791-KBH |
|      Defendants. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**TO THE CLERK**:

Please withdraw my appearance as counsel on behalf of Defendant Experian Information Solutions, Inc., in the above-captioned action. Allyson M. McCain of Goodwin Procter will be lead counsel for Experian and Mohammad Ghiasuddin of Margolis Edelstein will continue serving as local counsel.


Dated: June 4, 2026

*/s/ Patrick L. Wright*
Patrick L. Wright, Esq.
Jones Day
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3610
Email: pwright@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, I electronically filed a true and correct copy of the foregoing **Notice of Withdrawal of Appearance** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to ECF-registered parties.

*/s/ Patrick L. Wright*
Patrick L. Wright, Esq.

2