IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYCIA JOHNS,<br>      **Plaintiff,**<br><br>    v.<br><br>NELNET,<br>FIRST PREMIER BANK,<br>LVNV FUNDING,<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>TRANSUNION, LLC and<br>RESURGENT CAPITAL SERVICES LP,<br>      **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  22-4791 |

## O R D E R

**AND NOW**, this 5th day of June, 2026, upon consideration of the Motion for *Pro Hac Vice* admission of Allyson M. McCain, Esquire (ECF 239), the filing fee having been paid, **IT IS ORDERED** that the Motion for *Pro Hac Vice* admission of Allyson M. McCain, Esquire (ECF 239) is **GRANTED** pursuant to Local Rule of Civil Procedure 83.5.2(b).[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
    HODGE, KELLEY B., J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.