### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYCIA JOHNS,<br>      **Plaintiff,**<br><br>    v.<br><br>NELNET,<br>FIRST PREMIER BANK,<br>LVNV FUNDING,<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>TRANSUNION, LLC and<br>RESURGENT CAPITAL SERVICES LP,<br>      **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  22-4791 |

### O R D E R

    **AND NOW**, this 5th day of June, 2026, upon consideration of the request from Nelnet for leave to file a surreply in response to Plaintiff's Reply in Support of her Motion for Reconsideration (ECF No. 246), it is hereby **ORDERED** that the request is **GRANTED**. Nelnet may file a surreply on or before **June 12, 2026**. Pursuant to this Court's Policies and Procedures, the surreply may not exceed five (5) pages.

                                    **BY THE COURT:**

                                    **/s/ Hon. Kelley B. Hodge**

                                    **HODGE, KELLEY B., J.**