IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYCIA JOHNS, | Case No. 2:22-cv-04791-KBH |
| Plaintiff, | (Hon. Kelley Brisbon Hodge) |
| v. | |
| NELNET SERVICING, LLC; SANTANDER CONSUMER USA; FIRST PREMIER BANK; RESURGENT CAPITAL SERVICES LP; LVNV FUNDING; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS INC.; and TRANSUNION, LLC, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Experian Information Solutions, Inc. in the above-referenced matter.

Dated: June 8, 2026                    **GOODWIN PROCTER LLP**


By: */s/ Amy Koss*
    Amy Koss (333237)
    3025 John F. Kennedy Boulevard
    8th Floor
    Philadelphia, PA 19104
    Telephone:    +1 415 733 6000
    Facsimile:    +1 415 677 9041
    Email:    akoss@goodwinlaw.com
    *Attorney for Defendant,*
    *Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I, Amy Koss, hereby certify that on the 8th day of June, 2026, I caused the foregoing document to be served on all counsel of record via CM/ECF. This document shall be available for viewing and downloading from the ECF system.

*/s/ Amy Koss*
Amy Koss