## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ALYCIA JOHNS,<br>　　　　　Plaintiff,<br>　　v.<br>NELNET SERVICING, LLC; SANTANDER CONSUMER USA; FIRST PREMIER BANK; RESURGENT CAPITAL SERVICES; LVNV FUNDING; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; and TRANSUNION, LLC,<br>　　　　　Defendants. | Case 2:22-cv-04791-KBH |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK**:

Please withdraw my appearance as counsel on behalf of Defendant Experian Information Solutions, Inc., in the above-captioned action. Substitute counsel's appearance is already of record.

Dated:  June 9, 2026

Respectfully submitted,

*/s/ Mohammad Ghiasuddin*
Mohammad Ghiasuddin, Esquire (Pa. 83925)
MARGOLIS EDELSTEIN
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia PA  19106-3337
Telephone: 215-931-5802
Facsimile: 215-922-1772
mghiasuddin@margolisedelstein.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated below, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


Dated:  June 9, 2026                                                    Respectfully submitted,

*/s/ Mohammad Ghiasuddin*
Mohammad Ghiasuddin, Esquire (Pa. 83925)
MARGOLIS EDELSTEIN
The Curtis Center
170 S Independence Mall W, Suite 400E
Philadelphia PA  19106-3337
Telephone: 215-931-5802
Facsimile: 215-922-1772
mghiasuddin@margolisedelstein.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*